

# U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1500*
*Butner, NC 27509*
*(919) 575-3900*

July 19, 2005

The Honorable Allyne R. Ross
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Robinson, Karsten AKA Delgago, Matthew/Delgago
    Register Number: 70057-053
    Docket Number: CR. 03-613 (ARR)

Dear Judge Ross:

The above-referenced individual was admitted to the Mental Health Unit of this facility on July 24, 2005, pursuant to the provisions of Title 18, United States Code, Section 4241(b).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Robinson, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution and be extended for an additional 15 days. If this request is granted, the evaluation period will end on August 7, 2005. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Warden
FCC, Butner (Medical)

AFB/kf

GRANTED/DENIED (Circle One)

Signature: _____ S. D. J.    DATE: 7/22/05
    District Judge Allyne R. Ross

cc: Adam Abensohn, Assistant United States Attorney
    Darrell L. Paster, Attorney