D/F

IN CLE...
U.S. DISTRICT...
★    AUG 3 1 ...    ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

UNITED STATES OF AMERICA,

          -against-

KARSTEN ROBINSON, A/K/A/
MATTHEW DELGADO

Register No. 70057-053

          Defendant.
-------------------------------------------------------- X

DOCKET NO.

Cr. 03-613 (ARR)

ORDER

Upon application of the Defendant, it is hereby:

ORDERED, that the psychiatric treatment of Karsten Robinson a/k/a Matthew Delgado, Register No. 70057-053 (the "Defendant") to be conducted pursuant to Title 18 United State Code, Section 4241(d), to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed, be conducted at the Federal Medical Center at Butner, North Carolina.

DATED: August 8, 2005

SO ORDERED

_____
ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE