D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                   :
                                            :     DOCKET NO.
             -against-                      :
                                            :     Cr. 03-613 (ARR)
                                            :
KARSTEN ROBINSON, A/K/A/                    :     ORDER
MATTHEW DELGADO                             :
                                            :
Register No. 70057-053                      :
                                            :
             Defendant.                     :
-------------------------------------------------------------- X

Upon application of the Defendant, it is hereby:

ORDERED, that the psychiatric treatment of Karsten Robinson a/k/a Matthew Delgado, Register No. 70057-053 (the "Defendant") to be conducted pursuant to Title 18 United State Code, Section 4241(d), to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed, be conducted at the Federal Medical Center at Butner, North Carolina and extended through January 31, 2005.

DATED: December 5, 2005

                                            SO ORDERED

                                            _____
                                            ALLYNE A. ROSS
                                            UNITED STATES DISTRICT JUDGE

c/m