UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,

        -against-

KARSTEN ROBINSON, A/K/A/
MATTHEW DELGADO

Register No. 70057-053

        Defendant.
------------------------------------------------------------- X

DOCKET NO.

Cr. 03-613 (ARR)

ORDER

Upon application of the Defendant, it is hereby:

ORDERED, that the psychiatric treatment of Karsten Robinson a/k/a Matthew Delgado, Register No. 70057-053 (the "Defendant") to be conducted pursuant to Title 18 United State Code, Section 4241(d), to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed, be conducted at the Federal Medical Center at Butner, North Carolina and extended through May 31, 2005.

DATED: February 6, 2006

SO ORDERED

_____
ALLYNE A. ROSS
UNITED STATES DISTRICT JUDGE

************ -COMM. JOURNAL- ******************* DATE FEB-06-2006 ***** TIME 17:29 *** P.01

MODE = MEMORY TRANSMISSION          START=FEB-06 17:28   END=FEB-06 17:29

FILE NO.= 262

| STN NO. | COM | ABBR NO. | STATION NAME/TEL.NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ā | 912129212785 | 001/001 | 00:00'26" |

-U.S. DISTRICT COURT--EDNY-
- ***** -    718 260 2264- *********

*****************************

02/06/2006 16:01 FAX 212 921 2785    LEON H. CHARNEY    @004/004

D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

KARSTEN ROBINSON, A/K/A/
MATTHEW DELGADO

Register No. 70057-053

           Defendant.
----------------------------------------------------------------X

DOCKET NO.

Cr. 03-613 (ARR)

ORDER

Upon application of the Defendant, it is hereby:

ORDERED, that the psychiatric treatment of Karsten Robinson a/k/a Matthew Delgado, Register No. 70057-053 (the "Defendant") to be conducted pursuant to Title 18 United State Code, Section 4241(d), to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed, be conducted at the Federal Medical Center at Butner, North Carolina and extended through May 31, 2005.

DATED: February 6, 2006

SO ORDERED

ALLYNE A. ROSS
UNITED STATES DISTRICT JUDGE

# Law Offices
# LEON H. CHARNEY
### 1441 Broadway
### New York, NY 10018

TELEPHONE: 212 819-0994

FAX: (212) 921-2785

## FAX MEMORANDUM

PLEASE DELIVER TO:

| RECIPIENT | COMPANY | OFFICE TELEPHONE | FAX TELEPHONE |
|---|---|---|---|
| HON. ALLYN ROSS | UNITED STATES DISTRICT COURT | (718)260-2385 | 718-260-2386 613-2386 |
| ADAM ABENSOHN | UNITED STATES ATTORNEY'S OFFICE | (718)254-6143 | 718-254-7499 |

FROM:     DARRELL L. PASTER, ESQ.
FILE:     USA v. KARSTEN ROBINSON
RE:       LETTER
DATE:     FEBRUARY 6, 2006

☑ HARD COPY TO FOLLOW BY REGULAR MAIL
☐ HARD COPY TO FOLLOW BY: EXPRESS DELIVERY
☐ NO HARD COPY TO FOLLOW
☐ PLEASE CALL WHEN RECEIVED

PAGES INCLUDING COVER SHEET: _____

MESSAGE:

PLEASE DELIVER THE ATTACHED LETTER TO THE ADDRESSEE.

THANK YOU.

DARRELL L PASTER

Robinson, Karsten060206-0002.doc

**Please call 212-687-4848 if there is any problem with this transmission.**

IMPORTANT NOTICE: The information contained in this facsimile message is attorneys' privileged and confidential information intended to be viewed and read only by the individual or entity named above. If you are not the intended recipient so named, you are prohibited from reading this transmission. You are also notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original transmission to us by the U.S. Postal Service. We guarantee payment of return postage. Thank you.

# Law Offices
# LEON H. CHARNEY
## 1441 Broadway
## New York, NY 10018

COUNSEL
DARRELL L. PASTER
(N.Y., N.J.)

TELEPHONE: (212) 819-0994
TELECOPIER: (212) 921-2785

February 6, 2006

**BY FAX 718-260-2386 AND FIRST CLASS MAIL**

Hon. Allyn R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Karsten Robinson No. CR-03-613 (ARR)</u>

Dear Judge Ross:

      I am the assigned counsel for the defendant in the above-captioned matter, Karsten Robinson. I am writing after speaking with Dr. Bryan Herbal on February 3, 2006 and with my client earlier in the week, about my client's treatment at the Butner Federal Medical Center. Dr. Herbal told me that Mr. Robinson has developed a paranoid-like suspicion of all of the participants in the legal system and that he had put Mr. Robinson back on anti-psychotic medications. He also stated that my client appears very depressed and he has serious reservations about his competence. That was my impression as well in speaking to Mr. Robinson. The examination period is ending and Dr. Herbal informed me that the report to the Court would probably find Mr. Robinson incompetent.

      Dr. Herbal has expressed the opinion that Mr. Robinson is more likely to continue to improve at Butner than would be the case if he were returned to New York. Because the period of this study is ending, absent a court order, Mr. Robinson will be returned to New York, even if the report finds him incompetent. In that case if the Court ordered further treatment he would then be put in transit back to Butner.

      In order to avoid this unnecessary transport within the prison transportation system Dr. Herbal has suggested that the Court issue an order extending the examination for four months. As you may remember, Mr. Robinson has an unexpired sentence in the New York state system, so that any extension of his stay at Butner would not necessarily extend his actual period of incarceration and may be beneficial to his mental health. I therefore am asking that the Court sign the attached Order (or a similar Order, as the Court may deem fit) directing the Bureau of Prisons keep Mr. Robinson at

Robinson, Karsten060206.doc

Hon. Allyn R. Ross
February 6, 2006
Page 2

Butner for treatment for an additional period of time. I have not specified that time as I thought the Court might wish to make that determination for itself.

Thank you for your consideration of this matter.

Yours very truly,

Darrell L. Paster, Esq.

DLP:ni
Enclosure

cc:   Adam Abensohn, Esq.   (By Fax 718-254-7499 and First Class Mail)